# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

2019 OCT 31 PM 1: 35

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK PORTER,<br><br>Defendant. | CASE NO. 2:19-CR-233<br>Judge Graham<br><br>JUDGE _____<br><br>INDICTMENT<br><br>42 U. S. C. § 408(a)(7)(B)<br>(Counts 1 – 4) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Representation of a Social Security Number)

On or about January 30, 2016, in the Southern District of Ohio, the defendant, **DERRICK PORTER,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-5639, to be the social security account number assigned by the Commissioner of Social Security to him in an application for credit, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 2
### (False Representation of a Social Security Number)

On or about August 21, 2016, in the Southern District of Ohio, the defendant, **DERRICK PORTER,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-5639, to be the social security account number assigned by the Commissioner of Social Security to him in an application for credit, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 3
### (False Representation of a Social Security Number)

On or about September 8, 2018, in the Southern District of Ohio, the defendant, **DERRICK PORTER,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-8357, to be the social security account number assigned by the Commissioner of Social Security to him in an application for credit, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 4
### (False Representation of a Social Security Number)

On or about October 2, 2018, in the Southern District of Ohio, the defendant, **DERRICK PORTER,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-8357, to be the social security account number assigned by the Commissioner of Social Security to him in an application for credit, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

A TRUE BILL

S/foreperson
FOREPERSON

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY LANDRY (MA 669554)**
**Special Assistant United States Attorney**

3